| | |
|---|---|
| 1 | LAW OFFICE OF JAMES S. TERRELL |
| 2 | James S. Terrell, Esq. (SBN 170409) |
| 3 | 15411 Anacapa Road |
| | Victorville, CA 92392 |
| 4 | Telephone: (760) 951-5850 |
| 5 | Facsimile: (760) 952-1085 |
| | Email: jim@talktoterrell.com |
| 6 | |
| 7 | LAW OFFICE OF SHARON J. BRUNNER |
| | Sharon J. Brunner, Esq. (SBN 229931) |
| 8 | 14393 Park Avenue, Suite 101 |
| 9 | Victorville, CA 92392 |
| | Telephone: (760) 243-9997 |
| 10 | Facsimile: (760) 843-8155 |
| 11 | Email: sharonjbrunner@yahoo.com |
| 12 | Attorneys for Plaintiff |
| 13 | COLLINSON, DAEHNKE, INLOW & GRECO |
| 14 | Laura E. Inlow, SBN 130584 |
| | Email: laura.inlow@cdiglaw.com |
| 15 | Lenore C. Kelly, SBN 170891 |
| 16 | Email: lenore.kelly@cdiglaw.com |
| | 21515 Hawthorne Blvd., Suite 800 |
| 17 | Torrance, CA 90503 |
| 18 | Telephone: (424) 212-7777 |
| | Facsimile: (424) 212-7757 |
| 19 | Attorneys for Defendant, COUNTY OF LOS ANGELES |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor by and through her guardian ad litem Arlene Rubalcaba, individually and as successor-in- | ) Case Number: 2:22-CV-02340-RGK-PVC ) ) ) STIPULATION FOR DISMISSAL ) ) |

| | |
|---|---|
| interest to ANGEL SAPIEN; LUPE RODRIGUEZ, individually<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF ALEX VILLANUEVA; and DOES 1-10, inclusive.<br><br>Defendants. | WITH PREJUDICE; AND ORDER THEREON<br><br>*District Court Judge*<br>*Honorable Gary Klausner* |

The parties, Plaintiffs M.S., a minor by and through her guardian ad litem Arlene Rubalcaba, individually and as successor-in-interest to ANGEL SAPIEN; LUPE RODRIGUEZ, individually. and Defendants, COUNTY OF LOS ANGELES through respective attorneys, hereby stipulate as follows:

1. Plaintiffs have executed and provided to County of Los Angele a release of all claims asserted herein.

///

///

///

///

///

///

///

2.  The parties hereby request that the above referenced action be, and hereby is, dismissed with prejudice as against all defendants pursuant to Federal Rule of Civil Procedure 41 (a) (1); with all parties to bear their own costs and attorney fees, such dismissal to be conditioned upon the payment by County of Los Angeles of the settlement amounts to the plaintiffs within thirty days of the execution by the Court of this Stipulation and Order.

LAW OFFICE OF SHARON J. BRUNNER

Dated: May 24, 2023     /s/ Sharon J. Brunner
Attorney for Plaintiff

LAW OFFICE OF JAMES S. TERRELL
Dated: May 24, 2023     /s/ James S. Terrell
JAMES S. TERRELL, ESQ.
Attorney for Plaintiff

DATED: May 25, 2023     COLLINSON, DAEHNKE, INLOW & GRECO

By:     /s/ Lenore C. Kelly
Laura E. Inlow, Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendant,
COUNTY OF LOS ANGELES