**LAW OFFICE OF JAMES S. TERRELL**
James S. Terrell, Esq. (SBN 170409)
15411 Anacapa Road
Victorville, CA 92392
Telephone: (760) 951-5850
Facsimile: (760) 952-1085
Email: jim@talktoterrell.com

**LAW OFFICE OF SHARON J. BRUNNER**
Sharon J. Brunner, Esq. (SBN 229931)
14393 Park Avenue, Suite 101
Victorville, CA 92392
Telephone: (760) 243-9997
Facsimile: (760) 843-8155
Email: sharonjbrunner@yahoo.com
Attorneys for Plaintiffs

COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757
Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor by and through her guardian ad litem Arlene Rubalcaba, individually and as successor-in- | Case Number: 2:22-CV-02340-RGK-PVC <br><br> **STIPULATION FOR DISMISSAL** |

| | |
|---|---|
| interest to ANGEL SAPIEN; LUPE RODRIGUEZ, individually | **WITH PREJUDICE; AND ORDER THEREON** |
| Plaintiffs, | |
| vs. | Honorable District Court Judge Honorable Gary Klausner |
| COUNTY OF LOS ANGELES; SHERIFF ALEX VILLANUEVA; and DOES 1-10, inclusive. | Honorable Magistrate J Judge Kenly K. Kato |
| Defendants. | |

The parties, Plaintiffs M.S., a minor by and through her guardian ad litem Arlene Rubalcaba, individually and as successor-in-interest to ANGEL SAPIEN; LUPE RODRIGUEZ, individually. and Defendants, COUNTY OF LOS ANGELES through respective attorneys, hereby stipulate as follows:

1. Plaintiff's entire complaint against the defendant, the County of Los Angeles, including all causes of action therein, are hereby dismissed with prejudice;

2. All parties shall bear their own attorneys' fees and costs; and

///

///

///

///

///

3. The Court shall maintain jurisdiction to enforce the settlement agreement.

**LAW OFFICE OF SHARON J. BRUNNER**

Dated: May 26, 2023

*/s/ Sharon J. Brunner*
Attorney for Plaintiffs

**LAW OFFICE OF JAMES S. TERRELL**

Dated: May 26, 2023

*/s/ James S. Terrell*
JAMES S. TERRELL, ESQ.
Attorney for Plaintiffs

Dated: May 26, 2023

**COLLINSON, DAEHNKE, INLOW & GRECO**

By: */s/ Lenore C. Kelly*
Laura E. Inlow, Esq.
Lenore C. Kelly, Esq.
Attorneys for Defendant,
COUNTY OF LOS ANGELES