JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., a minor by and through her guardian ad litem Arlene Rubalcaba, individually and as successor-in-interest to ANGEL SAPIEN; LUPE RODRIGUEZ, individually<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; SHERIFF ALEX VILLANUEVA; and DOES 1-10, inclusive.<br><br>Defendants. | Case Number: 2:22-CV-02340-RGK-PVC<br><br>~~(PROPOSED)~~ ORDER [64] |

After reviewing the Stipulation between the parties, it is hereby ORDERED:

1. Plaintiff's entire complaint against the defendant, the County of Los Angeles, including all causes of action therein, are hereby dismissed with prejudice;
2. All parties shall bear their own attorneys' fees and costs;
3. The Court shall maintain jurisdiction to enforce the settlement agreement.

All pending dates are vacated.  The Clerk shall close this action.

Dated: 5/26/2023

_____
Honorable R. Gary Klausner
U.S. District Judge